# United States District Court
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | |
|---|---|
| ROBERT CHARLES JOHN, #27831-034 § | |
| § | |
| v. § | CIVIL ACTION NO. 3:25-CV-0668-S-BW |
| § | |
| WARDEN, FCI SEAGOVILLE § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. For the reasons stated in the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, by separate judgment the Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241, received on March 20, 2025 [ECF No. 3], will be dismissed without prejudice for failure to exhaust available remedies.

A certificate of appealability is not required to appeal the denial of relief under 28 U.S.C. § 2241. *See Padilla v. United States*, 416 F.3d 424, 425 (5th Cir. 2005). If Petitioner files a notice of appeal, he must pay the $605.00 appellate filing fee or submit a motion to proceed *in forma pauperis* and a properly signed certificate of inmate trust account.

**SO ORDERED.**

SIGNED May 19, 2025.

UNITED STATES DISTRICT JUDGE